| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bryan, Robert J | Western District of Washington | 03/18/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2007 to 12/31/2007 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1717 Pacific Avenue Rm. 4427 Tacoma WA 98402 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Bryan Fisheries LLC (Fishing Vessel) |
| 2. Partner (50%) | Bryan Properties, LLP (investments) |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/67 | Department of Retirement Systems - State Pension |
| 2. | |
| 3. | |

RECEIVED 2008 MAR 24 A 11: 00

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 03/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Washington State Department of Retirement Systems | $ 21,072.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 03/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bryan | Unsecured loan - for portion purchase money on Part VII, #19 | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NorthWestern Mutual Ins. Co. & NY Life Insurance Co. | | None | M | T | | | | | |
| 2. ●Lots Bremerton WA | | None | K | W | | | | | |
| 3. Bank of America Accounts | A | Interest | L | T | | | | | |
| 4. 1/2 USAA Tax Exempt Intermediate Term Fund | B | Distribution | K | T | | | | | |
| 5. 1/2 Interest in ●lots, Kitsap Co. WA | | None | J | W | | | | | |
| 6. 1/2 Bryan Properties LLP Investments (see remarks) | | | | | | | | | |
| 7. - Wells Fargo | A | Interest | J | T | | | | | |
| 8. - Bldg: Rental #2 (147) Bremerton WA | D | Rent | M | W | | | | | |
| 9. - Bldg: Marysville WA | E | Rent | N | W | | | | | |
| 10. - Duplex: Port Orchard WA | D | Rent | M | W | | | | | |
| 11. - Bldg: Poulsbo WA | E | Rent | M | W | | | | | |
| 12. - Bldg: Olympia WA | E | Rent | M | W | | | | | |
| 13. - Bldg: Rental #3 (AC W) Bremerton WA | E | Rent | M | W | | | | | |
| 14. - Fountain Hills AZ Condo | | None | L | W | sell | 9/19 | M | G | Markey |
| 15. - Bldg: Port Orchard WA (Bethel) | E | Rent | N | W | | | | | |
| 16. - Edward Jones, Inc., Money Market Fund: Pt. Orchard WA | D | Interest | M | T | | | | | |
| 17. - Bldg: Port Orchard WA (Marlin) | D | Rent | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Inv. Co. of America (mutual fund) | A | Dividend | J | T | | | | | |
| 19. - Chelan Co. Wash. Pub. Util. Dist. (bond) | A | Interest | J | T | | | | | |
| 20. - Ryland Mtg. Corp 86 CL F | A | Interest | J | T | | | | | |
| 21. - Federal Home Ln Ser 89 CL D | A | Interest | J | T | | | | | |
| 22. - Vanguard Total Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 23. - Port Seattle Series B.5 Bond | A | Interest | J | T | | | | | |
| 24. - 1st Federal Bank of Santa Monica CD | A | Interest | | | full redeem | 3/28 | J | | |
| 25. - Indymack Bank CD | A | Interest | | | full redeem | 4/27 | J | | |
| 26. - Community Bank of Nev CD | A | Interest | | | full redeem | 6/20 | J | | |
| 27. - 1st Federal Bank of Santa Monica CD | A | Interest | | | full redeem | 7/20 | J | | |
| 28. - Wa Mu Bankof Henderson CD | A | Interest | | | full redeem | 8/23 | J | | |
| 29. - Wa Mu Bank of Henderson CD | A | Interest | | | full redeem | 10/11 | J | | |
| 30. - Britton & Koontz Bank CD | A | Interest | | | full redeem | 10/26 | J | | |
| 31. - 1st Federal Bank of Santa Monica CD | A | Interest | | | full redeem | 12/05 | J | | |
| 32. - Carolina Bank CD | A | Interest | J | T | buy | 1/17 | J | | |
| 33. - Capmark Bank CD | A | Interest | J | T | buy | 2/02 | J | | |
| 34. - Bank of the West CD | A | Interest | J | T | buy | 3/28 | - J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Bridgeview Bank Group CD | A | Interest | J | T | buy | 4/20 | J | | |
| 36.   - Hillcrest Bank CD | A | Interest | J | T | buy | 8/09 | J | | |
| 37.   - Central Bank CD | A | Interest | L | T | buy | 9/28 | L | | |
| 38.   - Carolina First Bank CD | A | Interest | L | T | buy | 10/03 | L | | |
| 39.   - 1st Nat'l Bank of Forsythe Co. CD | A | Interest | J | T | buy | 11/16 | J | | |
| 40.   - WA Mutual Bank CD | A | Interest | J | T | buy | 11/19 | J | | |
| 41.   - Countrywide Bank CD | A | Interest | J | T | buy | 11/19 | J | | |
| 42.   - National Bank of South Carolina CD | A | Interest | J | T | buy | 11/20 | J | | |
| 43.   - Bank of the Ozarks CD (end of Bryan Pro.) | A | Interest | J | T | buy | 11/29 | J | | |
| 44.   Bryan Fisheries LLC ████████ | D | Rent | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 03/18/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, line 6, Bryan Properties LLP, is a partnership entity which holds all of the investments on lines 7 through 43. All income, values and transactions for those assets are listed in lines 7-43.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544